UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Leah Moreau,<br>Plaintiff<br><br>v.<br><br>Medicus Healthcare Solutions, LLC et al.<br><br>Defendants | No. 1:20-cv-01107-JD |

**DEFENDANTS MEDICUS HEALTHCARE SOLUTIONS, LLC AND MEDICUS HOSPITALIST SERVICES, LLC CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the Defendants Medicus Healthcare Solutions, LLC and Medicus Hospitalist Services, LLC, by and through their attorneys, hereby make the following corporate disclosure, pursuant to Local Rule 7.1.1.:

[ ] The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

[ ] The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

[X] The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC: Medicus Healthcare Solutions, LLC is the parent of Medicus Hospitalist Services, LLC. The parent of Medicus Healthcare Solutions, LLC is Medicus Buyer, LLC. None of these entities are publicly-traded.

-AND/OR-

[ ] The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

[ ] The filing party has none of the above.

Respectfully submitted,

Medicus Healthcare Solutions, LLC et al

By Their Attorneys,

SHEEHAN PHINNEY BASS & GREEN PA

Dated: November 18, 2020

By: *_/s/ James P. Harris_*

James P. Harris (NH Bar #15336)
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 627-8152
jharris@sheehan.com

CERTIFICATION

I hereby certify that on November 18, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*_/s/ James P. Harris_*
James P. Harris