# EXHIBIT B

# IPA Schedule A

**In accordance with the Independent Practitioner Agreement** (which is incorporated here by reference), executed between **Medicus Hospitalist Services, LLC.** ["Medicus'] and **Leah Moreau** ["Practitioner"] with social security number of **To be provided**, and a resident at **6704 Ferris St. Bellaire, TX 77401**, with an Effective Date of **04/07/2020** IPA, Medicus and the Practitioner agree to the following:

1. **GENERAL**

   **Leah Moreau** ["Practitioner"] will provide locum tenens coverage on behalf of **TMH Physician Organization d/b/a Houston Methodist Specialty Physician Group** ("Client") at the Assignment Locations noted below pursuant to the terms and conditions of the IPA and this schedule A. The Practitioner hereby agrees to continue to comply with all terms and conditions of the IPA.

2. **ASSIGNMENT SPECIFICS**

3. **ASSIGNMENT TERM**

   **04/15/2020 - 05/31/2020**

   Shadow April 15-16 2020 8a-6p

   April 18-19 2020 6a-6p

   April 25-May 1 2020 6a-6p

   May 9-10 2020 6a-6p

   May 15-19 2020 6a-6p

   May 23-24 2020 6a-6p

   May 27-29 2020 8a-6p

   May 30-31 2020 6a-6p

   **Assignment Location(s):**
   Houston Methodist Continuing Care Hospital (Katy, TX)

4. **RATE SCHEDULE:**

   **Regular Rate(s):**

   Regular Rate - Weekday $80.00 / Hrs

   Regular Rate - Weekend $80.00 / Hrs

   **Overtime Rate(s):**

   Overtime - Weekday$120.00 / Hrs
   Overtime - Weekend$120.00 / Hrs

   **Other Rates:**

   Orientation Pay $70.00 / Hrs

5. **EXPENSES**

   For this work assignment, the following outlines the authorized expense arrangements for which Medicus will coordinate

with the Client and make on behalf of the Practitioner:

- [x] Rental Car [Mid-sized / Standard as local transportation]
- [x] Tolls/Parking/Other

**6. SPECIAL ARRANGEMENTS:**

For this work assignment, the following special arrangements apply:

- [x] Confirmation Of Services Provided Form to be signed by Authorized Client Representative.
- [x] Any and all overtime must be approved by an authorized Client Representative.
- [x] Practitioner shall have a current and active state/Commonwealth of TX license.
- [x] All shifts pending credentialing

OT applies after 12 hours with prior approval and written explanation

**7. PERSONAL EXPENSES**

Practitioner shall be responsible for payment of any expenses not specifically agreed to under the Expenses section of this Schedule, unless either Medicus or the Practitioner agree otherwise in writing. Any charges not paid will be deducted from the amount otherwise owing to Practitioner for services rendered in connection with this Assignment. Practitioner authorizes Medicus to make deductions relating to the personal or unauthorized expenses from the amount otherwise owing to Practitioner. Furthermore, while on assignment Practitioner will be solely responsible for any additional airfare for spouse, children and/or significant other; upgrades in airfare, lodging or housing; and upgrades in rental car.

**8. WORK VERIFICATION, BILLING & PAYMENT**

In order for Practitioner to be reimbursed for services and expenses, Practitioner is required to complete, sign and submit (via fax or email) a Confirmation of Services Provided Form, authorized by the Client, and assent to the terms set forth therein. Any reporting required must also be completed. Additionally, the Practitioner must fax or email to Medicus an Invoice for any authorized expenses incurred together with copies of validated receipts. These items should be faxed or emailed to Medicus each Monday by 12 noon, or within 48 hours of the last day of the assignment. Medicus will send payment 15 business days after their receipt.

**9. TRAVEL ARRANGEMENTS**

Medicus will make all arrangements specified on Page 1 of this Schedule on behalf of the Practitioner. For Practitioner's personal car travel, mileage must be included with Invoice. If mileage is not included, Medicus will estimate the mileage using MapQuest or similar service and will pay the IRS approved mileage reimbursement rate.

Travel charges that will be the responsibility of the Practitioner, and deducted from amounts owed to the Practitioner if the following conditions apply:

- Rental cars kept for additional days beyond what was booked and authorized by Medicus
- Upgrades or charges beyond what was booked and authorized by Medicus
- Upgrades in hotel accommodations resulting in a price increase, as well as any charges in addition to room and tax
- The Practitioner is responsible for any and all "no show" fees unless Medicus has been notified that they are unable to keep their reservation for any reason, during business hours, via writing, fax or email.
- Change or cancellation fees on airfare not required by a change in the assignment.

**10. PRIVILEGES**

Practitioner's Assignment is pending Practitioner obtaining and maintaining unrestricted medical staff privileges at Facility.

**11. CONFIDENTIALITY**

The terms set forth herein and in the Independent Practitioner Agreement, including but not limited to the Practitioner's Regular Daily Rate, Overtime Rate and On-Call and Call Back Rates are confidential. Practitioner shall not divulge this confidential information to any other party, including the Client or any Facility.