# EXHIBIT D

# Remittance Advice

Medicus Services Company
22 Roulston Road
Windham, NH 03087

Leah Renee Moreau
[redacted]

| | |
|---|---|
| Payment Date | May 14, 2020 |
| Remittance Advice No. | EFT00009763 |
| Amount Paid | 6,976.80 |

**Payment Amount Specification**

| Document Type | Document Number | Week Ending | Description | Original Amt. | Payment Discount Received | Amount |
|---|---|---|---|---|---|---|
| Invoice | PI91118-2-MOREL | 04/26/20 | | 1,920.00<br>0.00 | 0.00 | 1,920.00 |
| Invoice | PI91118-3-MOREL | 05/03/20 | | 5,056.80<br>0.00 | 0.00 | 5,056.80 |

**Payment Amount** **USD** **6,976.80**