UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LEAH MOREAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MEDICUS HEALTHCARE SOLUTIONS, LLC, and MEDICUS HOSPITALIST SERVICES, LLC<br>Defendants. | Docket No. 1:20-cv-01107-JD |

**OPPOSITION TO CONDITIONAL CERTIFICATION**

The Defendants Medicus Health Care Solutions, LLC and Medicus Hospitalist Services, LLC (collectively "Medicus" or Defendants) hereby object to Plaintiff's motion to conditionally certify this case as a collective action under 29 U.S.C. § 216(b). As explained in the accompanying Memorandum, Plaintiff has not satisfied her burden of identifying potential opt-in plaintiffs or demonstrating they are similarly situated to her or each other. Defendants request the Court

A. Deny the Motion for Conditional Certification;

B. In the alternative, limit any certification to potential opt-in plaintiffs who worked at Houston Methodist Continuing Care Hospital, and direct the parties to formulate mutually acceptable opt-in procedures and notice to potential opt-in plaintiffs.

Respectfully submitted,

Medicus Healthcare Solutions, LLC et al.

By Their Attorneys,

SHEEHAN PHINNEY BASS & GREEN PA

Dated: March 24, 2021

By: */s/ James P. Harris*

James P. Harris (NH Bar #15336)
John-Mark Turner (NH Bar # 15610)
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 627-8152
jharris@sheehan.com
jturner@sheehan.com

and

PAUL HASTINGS, LLP

Dated: March 24, 2021

By: */s/ Kenneth W. Gage*

Kenneth W. Gage, *pro hac vice*
200 Park Avenue
New York, NY 10166
(212) 318-6046
kennethgage@paulhastings.com

CERTIFICATION

I hereby certify that on March 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ James P. Harris*
James P. Harris