# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LEAH MOREAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MEDICUS HEALTHCARE SOLUTIONS, LLC, and MEDICUS HOSPITALIST SERVICES, LLC<br>Defendants. | Docket No. 4:20-cv-02893 |

**DECLARATION OF JOSEPH CROWLEY**

I, Joseph Crowley, hereby declare and testify as follows:

1. I am a hospitalist recruiter employed by Medicus Healthcare Solutions, LLC. I have held that position since July 2019.

2. My duties include recruiting physicians and other healthcare professionals for temporary locum tenens assignments at facilities around the country.

3. On April 6, 2020, the Plaintiff in this case, Leah Moreau, texted me about a temporary assignment at Houston Methodist Continuing Care Hospital. Ms. Moreau and I primarily communicated through texts. True and accurate copies of the texts we exchanged are attached hereto as Exhibit 1. Many of the conversations I relate in this Declaration are documented in the texts in Exhibit 1.

4. Ms. Moreau told me she was an “acute care nurse practitioner looking for a Locums position during the Covid pandemic” and was open to work different locations and different schedules.

5. Over a series of communications, Ms. Moreau told me which dates she was available to work and I told her what dates were available. As the texts show, I never imposed any schedule or shift or Ms. Moreau, but told her what was available and she chose her shifts. In fact, she changed her initial days of work to avoid conflicting with her anniversary and Easter, and she frequently requested changes to her schedule to avoid conflicting with other work or vacations.

6. Ms. Moreau informed me that she normally worked with her husband, Carlos Murillo, who has a plastic surgery practice in Houston.

7. She sent me her resume on April 6, 2020, which stated that her “current” job was at Murillo Plastic Surgery.

8. Because of Covid and the pause of elective surgeries around Houston, Ms. Moreau scheduled more shifts at Houston Methodist in late April and May than in later months.

9. From the beginning, Ms. Moreau was hesitant to schedule work at Houston Methodist because she believed it might conflict with her job at her and her husband’s practice. For instance, she had initially scheduled four shifts in June and I asked her on April 9 if she wanted more. On April 10, however, she asked me whether we could only “tentatively” schedule additional dates in June because she was unsure if elective surgeries at her and her husband’s practice would be allowed by then. She told me she could work the currently scheduled June dates (June 6-7 and 13-14) because they

were on the weekend and wouldn't conflict with her work at her husband's practice which operated during the week.

10. Ms. Moreau later asked me on April 15 not to schedule any June dates because it would possibly interfere with her work at her husband's practice. When I told her I thought she was fine with the weekend shifts, she told me "I for sure couldn't work every day of the week to cover these shifts, and the responsibilities of the practice." At her request, I removed the June shifts from her initial assignment at Houston Methodist.

11. On April 17, she told me the "hospital ORs are opening up on the 28th" and that "we" (which I understood to mean she and her husband's plastic surgery practice) had a patient whose care conflicted with her shift on the 28th at Houston Methodist. She resolved that conflict but later asked me on April 23rd to switch her May 19th shift at Houston Methodist to another date because of conflicts with she and her husband's practice. She switched shifts with another provider but did tell me that "[i]f it's easier to give my shift away instead of trading I understand."

12. I made a number of other changes to Ms. Moreau's schedule and contract with Medicus Hospitalist at her request. As one example, she requested that I change the payment terms to allow her to be paid more quickly than is standard. I made the change. On two other occasions, on May 2 and June 4, I asked if she could work a non-scheduled shift those days. She requested a $400 bonus to do so, which was approved by Houston Methodist, and she worked the shifts.

13. On another occasion, Ms. Moreau informed me she could not work her originally scheduled July 14-15 shifts, which were night shifts. When I told Ms. Moreau I had trouble finding another locum to cover that shift which she was contracted to cover,

Ms. Moreau told me she was not available and that "I'm for sure not going to be there either way." Eventually, Ms. Moreau's shifts on July 14-15 were switched to day shifts.

14. Ms. Moreau's schedule at Houston Methodist was more limited in June, July and August. I understood from our conversations that Ms. Moreau's more limited schedule from June on was due to her increasingly busy work at her and her husband's practice and her other commitments. For instance, when scheduling July dates, she told me she could only work 2 night shifts a week, but no weekends except for July 25-26. The other weekends were taken up by attending weddings.

15. In mid-August, when I tried scheduling dates in September, and October and November, Ms. Moreau had few available dates she could work. She said her October and November availability was limited because her and her husband's practice was busy and "we're already booking surgeries out." When I asked if her husband had availability to work as a locum in November and December, she said "Carlos can't for the rest of the year – we're slammed. I'll look for December and November but it's really our busiest time of the year."

16. Ms. Moreau ended up worked shifts on the following dates

- April: 15-16, 18-19, 25-30
- May: 1-2, 9-11, 15-18, 23-24, 27-31
- June: 4, 8, 10, 17, 19
- July: 8, 14-15, 26
- August: 11, 25-26

17. Based on a workweek ending on Sunday, Ms. Moreau worked more than forty hours per week on four occasions: (1) forty-seven hours the week ending April 19,

(2) seventy-three hours the week ending May 3, and (3) forty-nine and half hours the week ending May 17, and (4) sixty-one hours the week ending May 31.

18. I understand that Ms. Moreau has testified that Medicus supervised her performance. That is inaccurate. I was Ms. Moreau's primary point of contact. I never supervised her performance, and I know of no other person at any Medicus entity that supervised Ms. Moreau's performance.

19. I do not believe anyone associated with Medicus supervised or oversaw Ms. Moreau's work because in all my time recruiting and scheduling locums, I have never once supervised or overseen the performance or work of any locum. I have never witnessed or even heard of anyone at any Medicus entity supervising or overseeing the work of any locum. There are no Medicus rules or policies governing locums' provision of medical care or judging their ability or performance. Neither I, nor anyone else I am aware of at Medicus that had any involvement with Ms. Moreau, is a medical professional and qualified to oversee and supervise the work of Ms. Moreau or any locum. The locums are professionals and have control and decision-making authority over the services they provide.

20. Besides a general understanding that Ms. Moreau would be performing services as an acute care nurse practitioner, I did not know and was not aware of what work Ms. Moreau was performing. I did not review patient charts or records, review medical documentation or notes generated by Ms. Moreau, or give feedback to Ms. Moreau about her performance. To my knowledge, Medicus did not enter into a Business Associate Agreement to be able to receive confidential patient information from Houston Methodist under HIPAA.

21. In fact, Ms. Moreau educated me about the work being done at Houston Methodist. In particular, I learned from her that she was the only nurse practitioner working her Monday-Thursday day shifts. Also, after I was asked by another locum about what kind of work was done at Houston Methodist, I had to ask Ms. Moreau on June 25 whether her work at Houston Methodist including placing chest tubes and whether Powered Air-Purifying Respirators were being used by workers there.

22. After another question from another locum about records requirements at Houston Methodist, on July 30 I had to ask Ms. Moreau what the notes were like for day and night shifts. She gave me a detailed description of what a workday was like, including the extensive notes required in day shifts and the medical procedures performed at night.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2021

*/s/ Joseph Crowley*______________
Joseph Crowley

**EXHIBIT 1**

4:42

79

+1 (409) 201-3814 >

iMessage
Mon, Apr 6, 9:48 AM

Good morning Mr. Crowley. I received your contact information from Andrea Johnson. I understand you're looking for an acute care nurse practitioner for Methodist Hospital Houston. I would like to apply for this job if possible I. I am an acute care nurse practitioner looking for a Locums position during the Covid pandemic. If there are any other job opportunities you can think of I would be happy to apply. I am able to travel out of state, work days, nights, and weekends.

Tue, Apr 7, 9:38 AM

Are you okay with some stretches of nights?

I just want to confirm

Yes

I can flip flop to both if they want too so it doesn't have to be strictly one or the other

Tue, Apr 7, 2:17 PM

Want to shadow on 9/10 and work 11-13 days?

4/9-4/10 I mean

iMessage

4:42

TEAMS now

**HOSCCE**

Brandon Gilman • Hi team - I am out on PTO tomorrow, but Joe & I have a 9a w/ Piedmont leadership tomorrow to wrap up th...

And 4/11-4/13 to be precise

Could we start next week? I'm catholic and this weekend is a religious holiday. If not I understand

I forgot about Easter and Good Friday being this weekend.

And Saturday is my 5th anniversary. It's the only weekend the entire year that's big. But if not it's ok

Sheesh. Thats understandable. Its up to you if you want to start next week we can target 15/16 shadow days and 18-19 days.

Yes I'm totally there if we can start next week. Whatever hours they want at any time. I'm so sorry about that. I can't believe i forgot.

Don't worry just figured i'd ask, I literally forgot it was Easter this weekend too! Being stuck inside will do that to you

Early congratulations by the way!

Yep I feel that - my husband - "Umm did you forget our anniversary?".... awkward lol

iMessage

4:42

79

+1 (409) 201-3814 >

And 4/11-4/13 to be precise

Could we start next week? I'm catholic and this weekend is a religious holiday. If not I understand

I forgot about Easter and Good Friday being this weekend.

And Saturday is my 5th anniversary. It's the only weekend the entire year that's big. But if not it's ok

Sheesh. Thats understandable. Its up to you if you want to start next week we can target 15/16 shadow days and 18-19 days.

Yes I'm totally there if we can start next week. Whatever hours they want at any time. I'm so sorry about that. I can't believe i forgot.

Don't worry just figured i'd ask, I literally forgot it was Easter this weekend too! Being stuck inside will do that to you.

Early congratulations by the way!

Yep I feel that - my husband - "Umm did you forget our anniversary?".... awkward lol

iMessage

Pay


4:42
79
+1 (409) 201-3814
Thank you
That monday the 20th is open as well!
Ok to add that on?
Ooh yes please
Awesome
Would you be interested in 24 hour shifts? Technically the nights are an in-house call but it will be busy regardless. Its up to you, i'm just thinking because some of the shifts you are on have the night open as well.
That would be fabulous
Love it, you got it!
Thats for April, you want to do that for any May weekend shifts as well?
Sure as long as it isn't every weekend but it's all they have I'll take it
May as of right now we would need you for the first three weekends, and a long stretch 27-31 nights
Would you want to do two of the 4
iMessage
Pay


4:43
79
+1 (409) 201-3814 >
Would you want to do two of the 4 weekends? I know its not the most ideal
The first 3 weekends and a long stretch of nights would be fine. 2 of 4 would be better but I'm not picky. Whatever makes most sense to have consecutive days off is better. I like the long stretches. It's easier to keep track of patients
Could you do 24's for 2/3 of those weekends? Completely up to you!
2/3 is 2 out of 3 just want to elaborate
Sure as long there's a call room
I'll still be paid hourly right
Yes for 24hrs
Cool I'm down
I'm checking on the call room now
I wouldn't want to waste their resources
That wouldn't be wasting their resources! I think they could learn a thing or two from you lol
I'll see what the deal is and let you know asap
iMessage
Pay


4:43
79
+1 (409) 201-3814 >
Cool thanks
Please make sure there's shift diff if we're doing 24 hour call though
Ok I reached out, will let you know!
We may be able to increase the night hourly rate to 80 for the 24hrs
Cool
Incase more shifts become available, what would be ideal for you?
More days during the week: week night would be ideal but it isn't mandatory. I'm flexible
Ok, I'm gathering dates we are targeting i'll send them in an email.
Want to add April 17th to get a day shift in before the weekend? 20 unfortunately was picked up.
Yea please
iMessage
Pay

4:43

79

+1 (409) 201-3814 >

Yes

So this looks like I'm on every weekend through June

Which is fine but I don't see the week of nights in May

But to work every weekend- I for sure want to see the 80 an hour for night's

On 25, 26, 27- usually you don't see day shift being the final of a row. You see it being the beginning of nights. Is this correct on your schedule?

In July I'll need 10- 13 and 17-19 off (weddings that should be happening but if this is prolonged which I expect they'll be canceled again)

For June all I have currently is those two weekends. Majority weekends I know is not ideal but its possible this can change.

The stretch in May as of now is 27-31

Should be able to do the 80, waiting on confirmation.

April 25-26 shouldn't be there

Ugh that'd be terrible if they get canceled again, weird time we are living

iMessage


4:43
79
+1 (409) 201-3814
Ugh that'd be terrible if they get canceled again, weird time we are living in.
Let me know if that helps!
Ah ok
Oh I get what you're saying. Ok I'm good
When does their work week start? Like when you're looking at overtime. Is it Friday to Friday?
Thats a good questions. Should have an answer for you in the morning!
Thu, Apr 9, 8:48 AM
Hey there, where you able to set up a remote module through Epic training?
I emailed earlier but I'll call Methodist today and ask for epic support
It's usually faster
The return email says it takes 24-48 hours for someone to complete your request
I turned in all of my paperwork to Sarah yesterday. The only thing missing is my flu and TB. I'm going to the hospital today to pick it up
iMessage
Pay

4:43

79

+1 (409) 201-3814 >

Sorry about that they have given me minimal instruction on and it so figured. Still working on their set rotation schedule. We are good once you have the flu, tb and epic training done! Almost there.

No problem. When you schedule carlos for May, is it possible have us on just a couple days together vs every shift? Our last names are different, but most ppl find out quickly that we're married from Facebook and others we know. We work well together, and maintain a professional attitude at all times, but for some reason it doesn't always sit well with others. Right now we actually only see each other when we operate on big cases I round and manage patients independently of him. If it's possible to not have exactly the same shift that would be nice. I want people to know I'm a good nurse practitioner before they know we're married. Otherwise you get a lot of "well she's only here because she's married to the doctor so she must not know anything". If we can't do that it's ok. We'll make it work.

I mis text - we don't see each other except for when we operate on big cases

Of course thats understandable, you guys are actually only on together for one weekend - May 23/24

iMessage

Pay


4:43
79
+1 (409) 201-3814 >
Cool thank you
I'm sorry I don't mean to be a pain. Do what you need to do - the last thing I want to be is unreasonable
You are awesome don't worry!
Is it okay to keep on that weekend? It'd be late May like I said so you both would be established individually
Yes
We don't mind some of them - maybe just not every single one
Ok sounds good
We should be getting dates contracted soon
Thu, Apr 9, 12:42 PM
Epic training- so technically I've already completed epic training when I was first credentialed at Methodist. So I have an active account with user name and password, but no classes assigned to me. I was just going to do the new inpatient physician module to brush up on Epic since it's been a while since I used it. Would this suffice? Or is there more to it than that?
iMessage
Pay

4:43

79

+1 (409) 201-3814 >

Still no reply from emailing the module address?

No - it's a standard response. And I wouldn't think the IT ppl would know anything about what contract workers are supposed to be doing. In my prior experience of having to talk to them, the conversation is limited at best

Yep i'd have to say i'm in the same boat

No need for Epic training if you already have an account and are credentialed, we are good!

Thu, Apr 9, 2:37 PM

Here is the final schedule we want to confirm, we made some changes to get you a longer stretch of days in May.

April
15-16 Shadow
18-19 day/night
27-May 1st

May
9-10 day/night
15-19 day (this was previously 16-17)
23-24 day/night
5/27-5/31 night

June

iMessage

Pay

4:43

79

+1 (409) 201-3814 >

May
9-10 day/night
15-19 day (this was previously 16-17)
23-24 day/night
5/27-5/31 night

June
6-7 day/night (add night)
13-14 day/night (add night)

Does this work for you?
Note - we can book more in June if you would like.

This works perfectly

The 27th-may1st is this day or night?

Where is the unit located?

You're totally right

It is really day

Is this at Methodist main? Which floor/ building

Cool

It is located in Houston Methodist Continuing Care Hospital in Katy

Fri, Apr 10, 10:18 AM

Can we book me for June tentatively

iMessage

Pay



4:43

79

+1 (409) 201-3814 >

Can we book me for June tentatively since we don't know how all of this is going to go? Or would it be best to wait until closer to May?

As far as now we would like to book the 2 weekends in June, we aren't able to do it tentatively so if not booked they may be filled. I'd be happy to call you if you have a couple minutes

Ah I get what you're saying.

We should be okay for June I just didn't want to book out that far of course.

Cool. I'll see how the first weekend goes. That's something I could do even if we start operating again. So maybe I would be their weekend coverage

Thats a good idea too, how many days a week do you guys operate?

Before Covid- every day except Sunday. But the big cases he needs me on happen on Tuesday's and Thursday's

Ok makes sense. You guys are expecting to go back in late June/July correct?

We're hoping to, but I'm not sure how reasonable that is until we get closer to

iMessage

4:43

79

+1 (409) 201-3814 >

We're hoping to, but I'm not sure how reasonable that is until we get closer to May

What do you think will happen come May?

Memorial Hermann (where 90% of our patients come from) will be making a decision on April 28th on if they will continue closure through May and June. If there are more patients admitted for Covid at that time we'll be able to safely assume it will go through July.

Also- once everyone gets to go back to real life, there will be a second wave of corona patients at that time. Carlos and I would like to keep me working on some capacity on this unit for as long as possible bc there's no guarantee ORs won't shut down again.

However, if there are significantly less numbers of patients coming in or the same amount, we can expect to go back in July to operating. Outpatient surgeries are the biggest money makers for the hospitals. What they get paid for daily ICU care is pennies in comparison. So they want to get back to it.

That makes sense! Well I'm sure it will play out well or we will figure it out

iMessage

Pay

4:43

79

+1 (409) 201-3814 >

That makes sense! Well i'm sure it will play out well or we will figure it out regardless.

Mon, Apr 13, 10:45 AM

Just a few last minute questions -

Who do I meet with Wednesday for shadow shifts?
What happens if either of us get COVID?
Is there a pager for night shifts?

I will have the shadow shift info sent asap.

If either of you get COVID there are protocols in place to get you the help that you need.

Confirming on pager, i'd guess there would be one since it is an in-house call shift but will let you know asap.

Do you have a couple minutes to catch up this morning?

Yep I'm free when you are

Mon, Apr 13, 1:59 PM

Good news, some shifts are open, going to target your current schedule and see what we can extend to make up for the lost doubles.

iMessage


4:43
79
+1 (409) 201-3814
Thx
I don't mind staying for 16 hrs either
So far looking to add:
April 24-26 added to the stretch from 4/27-5/1 days. Are you okay with a stretch of 8?
May 8th added on to the 9th and 10th as well, this is for days.
June 8/9 added to 6/7 days.
I'm on the freeway I'll look in a min
Mon, Apr 13, 4:59 PM
No worries let me know what you think
Mon, Apr 13, 6:33 PM
The 24-26 add on is good for April. I assume it's days since the rest are.
May 8th. Is this days or night's? I was supposed to work 24s that weekend. Would those be days/nights?
June 8/9- are these days/nights?
Can you look at April 23&24- are these days or nights?
And June 13-14: days or nights?
iMessage
Pay


4:43
79
+1 (409) 201-3814
And June 13-14: days or nights?
Did we get a shift diff?
These shifts are all days, since there is no 24 hour shift the pay rate will remain the same for days and nights I will inquire on this regardless to see what we can do.
Thx
I think these days should be fine. I'll double check w carlos when I get home to make sure there aren't any issues
Tue, Apr 14, 3:23 PM
During that week what would happen while you are leaving at 6pm and Carlos is leaving for his night shift, will she be in daycare?
I have a babysitter who can do afternoons and evenings. Just not mornings
Ok was just curious, that makes sense. We are working towards a resolution
No worries. She also stays the night, but having her come for just a few hours in the morning is something she won't do bc it's not worth her getting up so early.
iMessage
Pay



4:43

79

+1 (409) 201-3814 >

No worries. She also stays the night, but having her come for just a few hours in the morning is something she won't do bc it's not worth her getting up so early. So when we're on call, she comes over at 4pm and stays until 8am

Ok that helps you a lot i'm sure, checking with my team and Houston.

Just in case you need us both to work at night, we can

Tue, Apr 14, 5:57 PM

My babysitter is willing to stay the nights on those three days. If push comes to shove we can keep her to stay the night and not touch the schedule. I would rather pay her the hours to stay than loose the entire shift if that's what we have to do

Tue, Apr 14, 11:26 PM

Hey Joe I still don't have a final contract

Do I still go tomorrow?

Hey i've been wondering about that too, yes we are still on and you are good to go there tomorrow, we are just trying to finalize some things, it is the priority so it should be out first thing in the morning, sorry for the delay!

iMessage


4:43
79
+1 (409) 201-3814 >
No worries thank you
Wed, Apr 15, 11:36 AM
Hi hope everything is going well! Lets connect later on, a contract was sent just for April as of now but good news, the night providers don't mind sticking around until you can make it May 27-29. Will send the additional contracts asap.
My best,
Joe
Awesome thank you. I'm free when you are. We just finished rounding
Wed, Apr 15, 1:47 PM
Hi Leah, lets get this figured out asap, ask if you can take an urgent call from Medicus when you can and give me a call on my office line (603) 952-2549
Yes this is correct
Perfect we wil send contracts.
Wed, Apr 15, 3:56 PM
Hey I thought we were just tentative for June
iMessage
Pay


4:44
79
+1 (409) 201-3814 >
They prefer to have June in the contract, as we discussed before if these shifts are not contracted they will have to be so the June calendar can be completed. Obviously if things change it would be something we'd revisit.
If at that time out hospital opens back up, then what would we do?
We would look for coverage or see if you would be able to come to a compromise with the clinic opening up, thats why we targeted weekends, I understand your concern, we are in the same situation with Dr. Murillo.
I for sure couldn't work every day of the week to cover these shifts and the responsibilities of the practice. Can we hold off on scheduling June until we have a more clear picture. I don't mind being tentatively in, but I don't think it's a good idea to formally contract it
If that is what you want to do then you will lose the shifts in June
Lets go ahead and do that. I would rather be safe than sorry. I can't be in two places at once if an emergency comes up
Ok I will let them know. This will be taken care of tomorrow in the morning.
iMessage
Pay

4:44

79

+1 (409) 201-3814 >

Thank you. I'll sign at that time for sure

Ok, can you please sign now just so you are covered for today and tomorrow? Our contract department can remove June in the morning, you have my word in writing.

Yes

Done

I appreciate it, once this is finalized we wont have to worry about it.

Wed, Apr 15, 7:18 PM

Hey how do we get paid?

Essentially you fill out a time sheet of the shifts that you worked - that is sent to our billing department. This will be set up at some point tomorrow, i'll have someone reach out.

So is it paid weekly or bi monthly?

My bad every other week?

I stayed 45 min over to give report

There is a payment schedule, it is usually 2 or 3 weeks after the pay period, i'll

iMessage

Pay


4:44
80
+1 (409) 201-3814 >
There is a payment schedule, it is usually 2 or 3 weeks after the pay period, i'll send you the update schedule we have in the morning. How was the shadow?
It went well. The unit is a lot slower paced than I expected/usually work. But ppl are nice
Well thats good to hear i'm glad its not too busy
Thu, Apr 16, 3:08 PM
Hi there how is everything going today?
Also April 24th is available right now if you'd like to add it
Thu, Apr 16, 4:14 PM
It's good. Busier. I would love to take the 24th but i don't have child care that day and carlos is on call
Just a heads up - there was a a Medicus contract NP on her first day here, and she left after about an hour for two. I don't think she's coming back. She said she's an FNP and didn't know she might have to run a code or intubate. So this is outside of her skill set.
iMessage
Pay


4:44
80
+1 (409) 201-3814 >
Ok no worries!
I knew something was up, thanks for letting me know.
An updated contract was sent today, are you able to sign?
Yes I'll sign in just a few min. I'm admitting someone
Just keep it in mind i know you're busy
Also- a girl named Paige from your company emailed me about it picking up a rental car? I think she might have the wrong person
Yep I'll reach out to her thanks for letting me know!
Hey there's supposed to be a unit meeting tonight after the shift. Can I stay for that?
There's a large possibility I might still be admitting either way though
We have 2 coming in
Sheesh, do you know if the other contract NP's are going? I wouldn't see a problem
iMessage
Pay

4:44

80

+1 (409) 201-3814 >

There's only one here right now. It's Wesley. I'll ask him if he's going or knows about it. I found out randomly. Pasak would already be here bc it's at the start of her shift and so would the other one (I don't know her name).

Wesley is downstairs so I'll ask when I get a min

Ok just keep me posted

On the services and expenses part- does this mean that I would work a week then send you the timesheet then 15 days later be paid for my time? So I could be going 3weeks to a month without a first check? And then would I continue to send the timesheet weekly to continue seeing weekly payment? How does this work?

Yes exactly. A member of my team will reach out to have direct deposit set up. I'll send you the payment schedule I received today.

Its two weeks after the scheduled time frame ends. So the 19th ends our current payment timeframe, this means you will receive payment on May 8th.

This is one check monthly?

iMessage

Pay


4:44
80
+1 (409) 201-3814 >
This is one check monthly?
Is there anything we can do about that? That's way to long
It depends how many shifts are worked in that two week period
I can see if we can make the payments happen more often
Thank you - I'm sorry but that would put me behind our mortgage
Fri, Apr 17, 1:23 PM
Hey Jo any news from finance?
We should be able to have you set up initially for the Net 10 so it would be faster payments off the bat. Working to get this done asap with the team.
Thx
We will be sending you a W9 and ACH form to set up payment, we are also changing you to a Net 10. Sending that payment schedule as well
Is there a form I fill out to send you?
They are sent via Docusign, makes it a
iMessage
Pay

4:44

80

+1 (409) 201-3814 >

They are sent via Docusign, makes it a lot easier.

Oh that's cool

Right lol makes it quicker too

They should be in your inbox

I actually don't see that in my email. Can you resend it?

Are you looking for an email from Docusign?

Yes

Or from you or Paige

And I don't see it

Looks like it was around 12:50

From you or Ashley?

It will be from Docusign

Nope they're all from you or Sarah

Its from an Ashley if that helps

But through Docusign

iMessage

Pay


4:44
80
+1 (409) 201-3814
But through Docusign
Oh hey you completed it
The ACH form we are good
Oh ok I thought it was something else. So on Sunday I'll put my time in a new form?
Yes exactly
I was looking for a timesheet
For next week?
Yes something that i would turn in with my hours on Sunday? Or does the finance department keep track of the contracted days?
Like I wouldn't need to sign something every week saying I've worked certain shifts
Oh you're saying you don't see an initial time sheet?
Correct. The ACH was just to set up direct deposit
So the initial time sheet comes out the Monday after that pay period has closed.
iMessage
Pay

4:44

80

+1 (409) 201-3814 >

So the initial time sheet comes out the Monday after that pay period has closed. So since this pay period ends on the 19th, the time sheet for your 4 shifts this week will come out Monday around 12:00pm. Thats when you fill it out. This happens continuously after each pay period. Does that help?

Ah ok I just wanted to make sure I get everything in on time

No I completely understand especially with how quick this went into play

Fri, Apr 17, 6:46 PM

Hey Jo the hospital ORs are opening up on the 28th and we have a patient with breast cancer that needs resection. Can I switch that day with someone? I was able to schedule our 4 other urgent patients on the tuesdays after that so it doesn't collide w the schedule.

Nvm I'll hold on that for a min

But I need to keep it in mind as a possibility

Sat, Apr 18, 8:53 AM

Just seeing this i'm so sorry, but just keep me posted.

iMessage

Pay

4:44

80

+1 (409) 201-3814 >

Just seeing this i'm so sorry, but just keep me posted.

Sat, Apr 18, 7:50 PM

Hey please put me down as still working- somehow someone accidentally transferred all of the HIDU2 phones to my cell phone. I have patient family members calling my phone non stop. I'm trying to round at hermann so I have to answer bc I don't know if it's a family member or someone from hermann.

This is a nightmare - other than this though the unit is fabulous. Someone is working to fix this. I'll let you know when it's done

Yeah that isn't good sheesh, but i'm glad the unit is fabulous! Just keep me posted

Mon, Apr 20, 10:49 AM

Hey Jo, Methodist is asking all the providers to be tested. They have someone coming up on the weekends. If you're a regular employee and you're positive they send you home for 2 weeks with pay. But I'm a contractor- does the same apply to me?

Thats a good question, obviously this is a unique situation. We are having a meeting later on in the day which should clear this up as i'm sure the other

iMessage


4:45
80
+1 (409) 201-3814
Thats a good question, obviously this is a unique situation. We are having a meeting later on in the day which should clear this up as i'm sure the other providers are curious as well. Safety is a priority regardless so if you are feeling ill or notice symptoms then let somebody know asap.
Thx
Wed, Apr 22, 3:13 PM
Did you ever receive a COVID screening form on Docusign?
Yes this morning
I'll send it shortly
Awesome no worries just making sure they sent it to you as well
Wed, Apr 22, 4:36 PM
Hey Jo- I don't have a Medicare number. My provider always billed for me. And I'm out of network for everyone. I need to stay this way for billing for our practice. Is this going to be ok?
The section 6 that's says I authorize someone else to collect Medicare payments on my behalf- when carlos
iMessage
Pay


4:45
80
+1 (409) 201-3814 >
The section 6 that's says I authorize someone else to collect Medicare payments on my behalf- when carlos does this, how do we know they are not collecting for the patients we're seeing in our individual practice? Is there a different Medicare number the hospital bills for him under?
Who is Jeffery T Carr?
Thank you
Jeffery T Carr? Is he from the hospital?
No idea. It's on the paperwork as my representative for Medicare payments
Methodist
Methodist
iMessage
Pay



4:45

80

+1 (409) 201-3814

I know we can't sign this page

Hey jo I'm sorry but neither Carlos nor I can sign a number of these documents

They would need to bill for us as out of network providers under their TIN

Thu, Apr 23, 9:37 AM

Hi Leah, we are going to get you connected with the billing department over at Continuing Care. They will shed light on this unique situation and we can get this resolved. We will work on coordinating today, I'll keep you posted!

Thank you

Thu, Apr 23, 3:58 PM

Hi Jo- can I be taken off for the 19th? Or moved? We need to put a 10 hour cancer case that day.

Ok can you switch with someone on the 20th or another day?

Can it be another day like the 14th? If the flap goes down in the middle of the night I have to help salvage it

Also- no one has called about the paperwork

iMessage

4:45

81

+1 (409) 201-3814 >

Also- no one has called about the paperwork

Is there someone there I can call

Yes the 14th should work we will see if we can switch some shifts around. Still working on coordinating will have updates asap.

Thanks

What happens if Methodist doesn't want to bill out of network for us?

Fri, Apr 24, 2:27 PM

Looks like Wesley is able to switch the 19th with you! Are you able to work the 22nd?

Ooohhhh nooo is there any way he could do the 14th? I have a big case that day.

Or the 20th 21st 11th, 13th?

I see, just reached out with the additional options!

Thank you

If it's easier to give my shift away instead of trading I understand

iMessage

Pay


4:45
81
+1 (409) 201-3814 >
If it's easier to give my shift away instead of trading I understand
Ok thats understandable. It looks like Wesley can switch the 19th for the 11th
That would be perfect thank you
Mon, Apr 27, 4:08 PM
Hey jo I signed the contract but it didn't include the June dates I'm already on for. Is that normal?
For June you wanted it to be tentative remember? And we unfortunately cant hold shifts tentative, they need a fully booked calendar.
That's right - I remember they were tentative. So are they already gone? What does the rest of June look like?
Yes like I was saying when we discussed this originally if we didn't book June than it is most likely going to be booked by someone else. Right now the calendar only goes until July 5th.
July 4-5th is open, I can have that booked if you would like, but thats it as of now. Things change and dates become available, once this happens we will be able to lock up some June dates.
iMessage
Pay


4:45
81
+1 (409) 201-3814 >
I'll wait to see the other dates just to see what comes of it all
Thanks Jo
Always, i've got my eyes on it closely so i'll let you know as soon as there is some movement in the schedule.
Mon, Apr 27, 7:03 PM
I'm staying late to admit a patient
Tue, Apr 28, 9:41 AM
Ok did you put in overtime?
Yes an hour
Ok good
I was looking over the contract, you have been driving your own car to work right?
Yes
Ok thats what I figured, it looks like 'rental' was checked off on the contract for some reason when Continuing Care doesn't pay for rentals, going to resend soon to get it fixed.
We'll exchange it for mileage on the
iMessage
Pay

4:45

81

+1 (409) 201-3814

We'll exchange it for mileage on the contract because they are still paying for gas.

Tue, Apr 28, 2:38 PM

Who do I turn in the mileage to?

You can fill it in on the timesheet that gets sent to you

Sat, May 2, 3:09 PM

Hi Leah, it looks like the nurse practitioner who is on tonight can't make it. I figured i'd see if you would want to pick it up. Perfectly understandable if not.

Sat, May 2, 6:16 PM

Hey I'm so sorry I was out in the pool

Let me see if I can get someone

Would this be bonus/ overtime?

My family just left. I'm calling the babysitter to see if she's free

Good you deserve it i'm sure the weather is beautiful. I can go to my team and push for a bonus amount to take the shift, but it'd be the usual hourly pay.

iMessage

Pay


4:45
81
+1 (409) 201-3814
ESP in the next hour
Ok what are you thinking for a bonus?
400.00- my babysitter has to cancel plans and find her own child care (no one wants to bring their kids to a house that they know the parents see Covid patients)
And she would be here immediately so I could be there by 6 when the other person leaves
Ok i'll check with my team and see what we can do and let you know ASAP
Got it!
400 approved. Sending new contract just try to get there as soon as you can we understand the circumstances.
Ok I'll be there
Ok thank you so much for doing this
Np
I already turned in my timesheet. So do I add that to next week?
iMessage
Pay


4:45
81
+1 (409) 201-3814 >
Yes that is correct.
Sat, May 2, 8:35 PM
Hey joe I didn't get the contract
Working with my team on to get it out
Ah ok
Mon, May 4, 9:29 AM
Good morning Jo. I received the contract for the Saturday shift. My night rate is $85 per hour. This reflects my day rate at $80. Please have them correct it when you have a chance and I'll sign. Sarah sent an email with a Methodist link. For some reason the link says "invalid email" when I put any email in. I'm think this is bc each Methodist employee has a Methodist email. She's working to get this corrected. I'll take care of it as soon as the links works.
Yup I noticed that as well. Having them send the updated one asap. Sorry about that!
Ok thank you for keeping me In the loop.
Wed, May 6, 10:07 AM
Good morning Jo. Can you please send
iMessage
Pay

4:45

81

+1 (409) 201-3814 >

Good morning Jo. Can you please send over Sarah's number she called yesterday but I was scrubbed in to a surgery. The OR nurse answered.

Hi there, her main line is (603) 952-2867

Thank you

Thu, May 7, 1:09 PM

Where you able to get in touch with Sarah or get any of the online application done?

I left her a vm

Are you able to complete the online application or do you need her assistance at all? I can have her reach out

She has someone listed as the supervising physician that I've never met. Is this md part of the pulm group?

Wouldn't carlos still continue to supervise me?

Are you free for a couple minutes?

I'll have her reach out, tell her he is your supervising physician, unless it has to be

iMessage

4:45

TEAMS now
**HOSCCE**
Jake Maden • I will be here till 5!

I'll have her reach out, tell her he is your supervising physician, unless it has to be on of the Continuing Care docs but that is something she will know.

Yes I'm free

**Sat, May 9, 7:53 AM**

Hey Jo when you get some time I would like to look at days available for July. The NPs told me the schedule request went out yesterday

**Sat, May 9, 9:30 AM**

Of course, what is your availability?

July 25-26

And whatever nights you need coverage

Ok how many shifts are you thinking?

I could do 2 a week at night

Ok sounds good

But no other weekends than the 25-26.

All the weddings we're in we're rescheduled for July and some in September

iMessage

4:46

81

+1 (409) 201-3814 >

Ah I see, well that should be a blast.

I love a wedding but three in a row is intense 😩

Hydration and rest always helped me through lol

Mon, May 11, 2:48 PM

Last week I turned in my timesheet when I was done with my last shift Friday, but then picked up Saturday unexpectedly. You told me to add it to my timesheet this week. Would I just add it for a day I don't work like tomorrow? When will I be paid again?

Yes just write it in on a day you didn't work, this will be paid with the 5/22 check.

Ah cool

Mon, May 11, 7:28 PM

I'm staying a little late to finish up admitting. All the patients came at once late in the day. I'll be out of here shortly. It was just me today. The other Methodist girl was on another unit which is totally ok to handle but with late admits it makes me a little late.

iMessage

Pay

4:46

81

+1 (409) 201-3814 >

Tue, May 12, 11:45 AM

On the 22nd, what weeks will I have been paid for?

5/3-5/10

You have the payment schedule correct? I'm sending you another one now that I refer too so its at the top of your mailbox.

Actually 5/4-5/10. Thats on me

Th. - can you send the payment schedule?

I'm working on July- we're back to operating so it's been busy

Thu, May 14, 1:56 PM

Hey so for all shifts Houston Methodist is asking all providers to wear masks when walking in the building. Just a heads up for tomorrow!

Thx

Fri, May 15, 12:15 PM

Hey Jo can we see if carlos can be moved off 5/26-5/27 please

Fri, May 15, 1:50 PM

iMessage

Pay



4:46

81

+1 (409) 201-3814 >

Fri, May 15, 1:50 PM

Ok I'll bring this to my team. Is it possible he can switch 2 days with someone?

Also to confirm your July schedule - it looks like we'd be able to do

7/8 night
7/14 & 7/15 nights
7/25 & 7/26 nights

Would you be okay with covering the one night on 7/8?

Yes

I'll look to make sure - my patient is trying to tank

Ok thats no good, thank you!

Yep sounds good

Ok - working to switch May 26/27

Fri, May 15, 3:44 PM

Also we would like to collect August dates for you and Dr. Murillo to work in the LTAC - the other unit. Let me know if and when you two would be available.

Joe

iMessage

Pay

4:46

81

+1 (409) 201-3814 >

Will the NPs be responsible for the LTAC and HIDU?

No they will remain the same, if they don't need the covid unit in August it'd be better to have availability incase you'd like to pick up shifts in the LTAC unit.

Sun, May 17, 7:30 PM

Having to stay late- my patient just had an MI

Mon, May 18, 9:01 AM

Ok! Thank you for staying.

Can Carlos work May 19&20? I found someone to swap with him so he is off May 26&27.

Mon, May 18, 3:35 PM

Actually he may have to give these days away if he can't work, doesn't look like he can switch anymore, but we are working on a solution with my team.

Np. I'll touch base this evening. I'm slammed at the HIDU unit. It's only me today, but that's ok- it's what a normal np would do, we're getting ready for a few admissions so I'm trying to tuck everyone else in. Carlos is in an emergency surgery. Someone was

iMessage

Pay

4:46

81

+1 (409) 201-3814 >

emergency surgery. Someone was attacked with a machete so I don't know how long he'll be.

Oh wow. Never a dull moment I swear!

So true

Mon, May 18, 5:48 PM

We're happy to give up those shifts

Tue, May 19, 9:16 AM

Good morning jo. Will we be able to give those shifts up?

Tue, May 19, 11:51 AM

Good morning jo. Will we be able to give those shifts up?

Hi Leah, getting close to some solutions. Sorry for not responding, I should be close to an answer asap.

No worries thank you

Tue, May 19, 1:33 PM

Should be patched up soon.

Tue, May 19, 8:58 PM

iMessage

Pay


4:46
81
+1 (409) 201-3814
Tue, May 19, 8:58 PM
Any news?
Wed, May 20, 8:58 AM
Getting very close.
Wed, May 20, 12:28 PM
Sooooo does that mean he'll be off the schedule?
Its not confirmed yet, we are looking at all our options to cover, these things take time for communication.
I understand. Unfortunately our cases take a lot of coordination to make happen. We're cutting things close. I understand we have a contract to fulfill - but without the flexibility to make some changes we will not be able to continue the nights physician coverage in the future.
We completely understand the circumstances, pushing to have it taken care of by the end of the day.
Wed, May 20, 7:12 PM
Any news?
My team touched base with Methodist
iMessage
Pay

4:46

81

+1 (409) 201-3814 >

My team touched base with Methodist on the switch. Most likely will have the green light to adjust contracts tomorrow. I appreciate your patience as a lot of this is above me. I know you are very concerned with getting these shifts covered.

Thu, May 21, 9:00 AM

Contracts are going out to cover 26/27!

Yay thank you!

Also can you sign your July contract when you have a chance?

Yes I'm sorry I totally forgot the other day. I noticed I'm being paid on the same scale as the new nps or the ones with significantly less critical care experience. The girls with my level of experience are being paid $97-$110 an hour. Can I be bumped up to that since while I'm there I carry the lions share of the work? ESP Monday-Thursday when I'm there by myself. I'm happy to do all the notes and manage 20 patients, but I would think I would be compensated more on my skill set and experience. The girls on m current pay scale have not intubated patients or are capable of dropping lines

Who are these girls? Are they from

iMessage

Pay


4:46
81
+1 (409) 201-3814
Who are these girls? Are they from Methodist or Medicus?
Medicus
Fri, May 22, 1:38 PM
Hey there, one of the NP's is no longer available on July 31st for day shift. Would you be able to cover?
Probably I'll look here shortly
Tue, May 26, 8:59 AM
Just let me know if you are able too, it would help a lot.
Tue, May 26, 9:42 PM
Hey Jo sorry for the late text. Just getting out of an all day case. Yes I can do the 31st during the day
Wed, May 27, 9:00 AM
No worries, thanks for letting me know!
Wed, May 27, 7:10 PM
All the admits showed up at once. I'm staying late to finish the ones I was working on
iMessage
Pay

4:46

81

+1 (409) 201-3814 >

Of course thank you for staying, make that overtime!

Sry- the Methodist NP is staying on the LTAC side. There's only 8 patients there. We have 16 and when they all come at once it takes forever to admit. But The night shift is here so they're really helping out

Fri, May 29, 8:51 AM

Are you able to get that signed today?

Fri, May 29, 9:53 AM

Yep

Hey I just heard from the other NP that her recruiter told her Methodist has approved an actual stand alone facility for HIDU, and that this would be moving over there in the future. They asked if she wanted to help head it up. I would be interested in staying in HIDU. Do you know anything about that?

When was she informed? That seems higher level. Touching base with my account manager for answers.

Here recently

Mon, Jun 1, 10:49 AM

iMessage

Pay

4:47

81

+1 (409) 201-3814 >

Mon, Jun 1, 10:49 AM

Spoke to my team, higher up forces in this project for Methodist and Medicus want to keep Medicus NP's in the LTAC if the are comfortable working there. Sending an email with an expectation sheet attached, all NP's are receiving it. Let me know if you have any questions!

Ah thank you

Tue, Jun 2, 2:49 PM

Sending you an email with some potential June dates we may need to refill, just a heads up.

Thu, Jun 4, 11:09 AM

Let me know if you'd like to pick up any of the June night shifts I sent to you in the email

Also Dr. Murillo has worked 10 shifts, so you will be rewarded $500 bonus!

I'll let you know by this evening. We're trying to work it out between our on call schedule and babysitters

Yay!

No worries just a friendly reminder, thank ya!

iMessage


4:47
81
+1 (409) 201-3814
Thu, Jun 4, 1:10 PM
Hail mary pass, would you be able to work tonight?
Maybe let me see if I can get a sitter
Is there a bonus w this?
Checking with my team!
Thu, Jun 4, 2:31 PM
Good for $400 bonus
I'll be there
Thank you, i'll let my team know.
Cool
Thu, Jun 4, 4:26 PM
Hey Jo the contract you sent doesn't have the date for today it's June1
our account manager is something else. Letting her know!
iMessage
Pay


4:47
81
+1 (409) 201-3814
Lol thx
Do I go to the LTAC or HIDU tonight?
HIDU
Do you happen to have the schedule of who's working?
For June
What do you mean? The whole schedule or open shifts?
Or for tonight?
Who was the day person? Usually someone has the schedule for the month (I got it from one of the other girls for last month). This way I can text the day person on my way in. Traffic is looking steep and i might be a minute late
Wesley is on today
Thx
iMessage
Pay

4:47

81

+1 (409) 201-3814 >

No problem. I text him

Fri, Jun 5, 10:42 AM

Did you sign the contract for last night?

Nope

Can you sign asap?

A new one was resent

Yep I just sent it

Ok thank you. Moving forward lets get it signed before hand when unusual instances like this pop up. Always better to be contracted. Thank ya!

Totally agree. I didn't see the new one until today

Fri, Jun 5, 12:04 PM

June 8-10 nights are available to pick up if you can. We can't do a bonus for these.

I think I can do the 8th. About to scrub in. I'll txt when I get out

Good luck!!

iMessage

Pay

4:47

81

+1 (409) 201-3814 >

Sun, Jun 7, 8:17 PM

I can to the 8th at night but not the 9th

Mon, Jun 8, 11:24 AM

FYI - We would consider a bonus for June 9-10 nights. Also June 15-18 nights are available as well. Just let me know if you want to pick up any and I can let my team know.

I can do the 10th. Kate asked me to pick up the 19th during the day which I think her rep is working on. Can I come in on the 18th at night and just stay all day on the 19th?

But I think I can do the17th too

Ok sounds good going to touch base with my team and see if we can do the 18th night into 19 day!

Let me know when you can or cant confirm the 17th

I can for sure do the 17th

Ok thank you!

No problem. Did someone quit or get sick? Bc those dates are usually solid w coverage

iMessage


4:47
81
+1 (409) 201-3814 >
Not sure what the deal was, but they are open now. I'm curious myself to be honest
Mon, Jun 8, 4:03 PM
Still a no-go on the 24 hour shifts. Sending a contract for June 10th, 17th night and 19th day.
Dang ok
Right lol
Adding these days to the contract for tonight. We need to get it signed before you go in so you are covered tonight.
Cool
Mon, Jun 8, 6:35 PM
I'm going to HIDU right?
Yes all HIDU
Cool
Mon, Jun 8, 9:41 PM
I'm sorry for texting so late. Can you send me the on call physician's info in case I need it
iMessage
Pay


4:47
81
+1 (409) 201-3814
Dont be
The doc thats in the LTAC tonight?
HIDU
Or just call the LTAC guy
On it hang tight, I only have numbers.
Adeoye
(917)499-5846
Thx
Tue, Jun 9, 5:35 PM
June shifts that are still open
9 night
16 & 18 night
22-25 night
29-30 night
Please please let me know if you are available for any of these shifts, I can try for a bonus for the shifts that are closer!
Wed, Jun 10, 12:02 PM
If you have any colleagues who are interested in working her let me know, I's
iMessage
Pay

4:47

81

+1 (409) 201-3814 >

Open July days

Mon, Jun 22, 2:40 PM

I'm leaving for a wedding on the 10th. I can probably pick up some of the days though. Were we able to have my nights moved?

Still working on figuring it out, we are hiring a couple new NP's that can help.

I can definitely pick up day shifts if the nights are covered but I can't commit to anything until then

Wed, Jun 24, 1:06 PM

Hey Jo how are the night shifts looking

Wed, Jun 24, 2:33 PM

Not covered yet

My team is still looking for options

Thu, Jun 25, 10:18 AM

Random question, have you done any chest tubes? Not intubations

At the Covid unit

Not yet but if you miss on a subclavian central line you would need to place one

iMessage

4:47

81

+1 (409) 201-3814 >

Not yet but if you miss on a subclavian central line you would need to place one bc you would poke the lung and not the vein

Ok thank you, are PAPRs available for APPs for intubation?

Yep

Ok awesome. Tonight just became open if you want or are able to pick it up!

Lol I'm about to scrub in until 9pm. There's no way I could stay awake all night

Just checking, get it done you've got this as always!

Elective surgeries in Harris county were just suspended. If you need me to pick up more shifts starting next week I probably could

Wow. I'll send you some open dates we have

Any idea for how long this time?

Probably a month

iMessage

4:47

81

+1 (409) 201-3814 >

Do you want to work tonight now?

Also, June 29 and 30 nights are available.

I'm still going to be operating

Cases start canceling Monday

Ok thank you!

Mon, Jun 29, 10:07 AM

Hey I found someone to cover you for July 14/15 night.

Youmre the best

I can do the 21st and 15th during the day

Mon, Jun 29, 1:55 PM

Hey Jo, I wasn't paid on Friday. Who do I call about this?

I can talk to finance internally

Thank you

Spoke with finance, it should have came through Friday, expediting payment so it'll be deposited tomorrow, sorry about

iMessage

Pay

4:47

81

+1 (409) 201-3814 >

Mon, Jun 29, 6:16 PM

No worries thank you

Fri, Jul 3, 8:29 AM

Good morning Jo. Someone from Medicus called to say a new contract was sent, but it wasn't. Please have someone send an updated contract when you have time. Have a great 4th if July.

Fri, Jul 3, 3:37 PM

I'll touch base with them on it, sorry just seeing this!

Tue, Jul 7, 9:12 AM

Np

Who is the physician on with me tomorrow night?

Vasser

Cool I've never met her. Please send her contact info

(832) 865-5727

Thats her cell

We may not be able to contract the 14th

iMessage

4:48

81

+1 (409) 201-3814 >

We may not be able to contract the 14th and 15th, I'm pushing them but it looks like the NP won't be credentialed in time. Just got this update.

No I will not be available. You said it was picked up so I schedule to be out of town to take care of a family member

And I canceled child care for that week

It wasn't contracted. I was told the NP can't get emergency privileges.

I'm still not available

They are still on your contract, i'm talking to my team about it now.

I'm for sure not going to be there either way

Wed, Jul 8, 10:14 AM

You are good to stay on the 26th correct?

Sent 14/15 out to my team for coverage

Preferably not - the sleeping all day to stay awake all night tonight is already proving to be difficult

iMessage


4:48
81
+1 (409) 201-3814
Ok well the 26th and 31st are contracted we really need you to do those last two nights
The 31st was always a day shift for me
Its on the contract as 6p-6a
Select Start to begin
START
ctitioner agree to the following:
. GENERAL
Leah Moreau ("Practitioner") will provide locum tenens coverage o
Houston Methodist Specialty Physician Group ("Client") at the
terms and conditions of the IPA and this schedule A. The Practition
and conditions of the IPA
. ASSIGNMENT SPECIFICS
. ASSIGNMENT TERM
06/08/2020 - 07/31/2020
Clinical Shifts
June 8, 2020 6p-6a
June 10, 2020 6p-6a
June 17, 2020 6p-6a
June 19, 2020 6a-6p
July 8, 2020 6p-6a
July 14-15, 2020 6p-6a (ending at 6a on 7/16)
July 26, 2020 6p-6a (ending at 6a on 7/27)
July 31st, 2020 6a-6p
Assignment Location(s):
Houston Methodist Continuing Care Hospital (Katy, TX)
. RATE SCHEDULE:
Regular Rate
Regular Rate - Weekday
Regular Rate - Night Ra
Yup. Not my day.
iMessage
Pay


4:48
81
+1 (409) 201-3814 >
You are right!
I'm concerned I'm going to end up being dangerous to the patients and myself. I haven't done an all night non episodic shift in 10 years- and I didn't have a kid at that time
I'm having difficultly sleeping during the day now. I have no idea how I'm going to do that on a weekend when she's physically here and carlos is on call at a level one trauma center
Ok i'll tell them 26th too
I'm happy to pick up more day shifts wherever we need to
Thank you
Saturday the 18-19 are the only days I can't help out (I'm in a wedding)
Fri, Jul 10, 2:06 PM
Hey Jo- Medicus sent a contract a few minutes ago but it's the exact same as the last one. Is this correct?
Yeah i'm not sure why that was sent i'll talk to them
Mon, Jul 13, 6:29 PM
iMessage
Pay

4:48

81

+1 (409) 201-3814 >


7400 Fannin, Suite 930
Houston, Texas 77054

Date: Monday, July 13, 2020

To Whom It May Concern:

Thank you,

Fri, Jul 17, 3:58 PM

Hi Leah, we are still working on filling July 26 and 31, worst case we have approval for you to work 10 hour day shifts instead.

Ok thank you

Thu, Jul 23, 9:21 AM

Hi Leah, I sent an email to you and Carlos yesterday, we need you to respond that you've received it so we can send to

iMessage


4:48
81
+1 (409) 201-3814 >
Hi Leah, I sent an email to you and Carlos yesterday, we need you to respond that you've received it so we can send to Methodist. Thank you!
Ill send it again so its at the top of your inbox
Cool done
Thu, Jul 23, 3:04 PM
Looks like we are confirming Aug 11th and 26th for 10 hour day shift. We also have August 10, 12, 13, 25 open. If you are able to pick up any of those days it would be very much appreciated.
Mon, Jul 27, 12:39 PM
Hey jo I remember Laura said there was someone interested in my Friday shift since they could do 12 hours but I hadn't heard anything as a final. Can you look in to this?
I have a follow up doctors appointment on the 10th. We'll take a look at my restrictions at that time.
Mon, Jul 27, 1:41 PM
Ok I reached out to her to see what the deal was, but okay that sounds like a good plan.
iMessage
Pay


4:48
81
+1 (409) 201-3814 >
Ok I reached out to her to see what the deal was, but okay that sounds like a good plan.
Thx
We need to get you into a billing meeting on webex with Joyce from Methodist to enroll in billing. This should not interfere with the billing for your clinic. We need all APP's to enroll. The options are:
7/29 5-5:30
7/31 5-5:30
Also we are sending a new contract without July 31st
If another time works better we can work that out as well.
The 29th works
Ok thank ya
Mon, Jul 27, 3:22 PM
Just sent a meeting invite via email
Tue, Jul 28, 10:45 AM
Hey there, any ACNP's that you know of looking for work?
iMessage
Pay

4:48

81

+1 (409) 201-3814 >

Hey there, any ACNP's that you know of looking for work?

Tue, Jul 28, 2:15 PM

Maybe one I'll ask

That'd be awesome thank you so much Leah

Wed, Jul 29, 1:52 PM

Is there anyway you can work a 10 hour shift on August 25th as well as 26th?

Wed, Jul 29, 5:01 PM

Hey jo my kid had an accident at school. I need to pick her up. Can you please move the meeting today to tomorrow?

Sheesh thats no good, just let my team know.

She fell and hit her nose the other day and keeps having recurrent nose bleeds. I'm worried we're going to have to cauterize it this weekend (yay for mom and dad). But since it's the second day and still a significant bleed I need to pick her up. I remember the lady said we could do tomorrow. If they still works I'll move my clinic and make it happen.

iMessage

Pay

4:48

81

+1 (409) 201-3814 >

Geez. Shes in my thoughts and prayers, it shouldn't be a problem, I may not have confirmation tonight but we can just sign you up for tomorrow. Family first!

Thank you

Thu, Jul 30, 10:39 AM

Waiting on confirmation to send you updated link for the meeting tonight.

Thx- I went ahead and moved clinic patients around

Just in case

Quick question, an NP my colleague is going to work with at Houston had a question.

What are the notes like for day and night shift? Are they lengthy? She just wants to know how much time it will take her vs other tasks, obviously i'm sure it will vary but just wanted a ballpark.

Ok appreciate that, shouldn't be a problem just waiting on the go ahead from Houston.

Day shift notes are intense - it will encompass your mornings. That's when physicians do all their rounding and come up with a plan. So as the NP you're

iMessage

Pay

4:48

81

+1 (409) 201-3814 >

come up with a plan. So as the NP you're responsible for the documentation. The night shift is busy with admissions and making sure everyone coasts. Each admission will take 30min to an hour depending on how sick the patient is, if you need to drop lines, intubate, etc. at night it's you running the show so it's not notes heavy but procedures, medication management, etc (putting out fires)

You are awesome.

Just got the email, meeting confirmed for tonight at 5.

Let me know if you don't receive the link or anything

Happy to help 😊. Sounds great

Thu, Jul 30, 1:32 PM

Another question - roughly how many notes per shift?

Day shift 15-20 progress notes. nights just depends on how many you admit. Maybe max 8 consult notes at night (on HIDU anyway).

Thu, Jul 30, 5:24 PM

Hey is it the same call number as the last invite?

iMessage

Pay


4:48
81
+1 (409) 201-3814 >
Hey is it the same call number as the last invite?
Or should i get a new email? Bc there's no new email if that's the case
Just resent it so you have the link to be sure.
Got it
Ok cool
Mon, Aug 3, 7:04 PM
Hey Jo I never received anything finalizing the August schedule. Will y'all need me?
Tue, Aug 4, 8:51 AM
I'll check with my team now!
Tue, Aug 4, 11:05 AM
Working to have the contract out by end of day, this has been a very busy project lately so i'm sorry for the delay!
NP do you happen to know what days I was approved for?
August 11 and 26 still the same
iMessage
Pay

4:48

81

+1 (409) 201-3814 >

If you can add the 25th as well let me know

Wed, Aug 5, 10:35 AM

Any October dates you are available? I'll put them in the calendar

Working to get the contract out for 8/11 and 8/26

Wed, Aug 5, 11:49 AM

I can do the 25th

I can do the 2nd, 13th, and 25th for October for sure

Wed, Aug 5, 1:06 PM

Awesome 25th is in, contract should be sent out today sorry for the delays

Going to work on Oct

Going to send you an email with all Sep Oct available dates via the Methodist calendar

Sent. Let me know, there are a lot of open dates.

Fri, Aug 7, 1:03 PM

Are you able to pick up Sep 27-30

iMessage

Pay


4:48
81
+1 (409) 201-3814 >
Are you able to pick up Sep 27-30 11a-11p?
Wed, Aug 12, 11:54 AM
Hey do you happen to know who is the director of the ICU over at Memorial Hermann?
Which memorial hermann?
Texas Medical Center
There's multiple - it's by department. Like heart failure, trauma/burns/neuro trauma, transplant, MICU, etc.
Do you know which department?
MICU
Should have elaborated
I think it's Mark Warner but I'm not 100%.
Ok think our team has been trying to work with them.
Hows things?
Delivered
Hermann pickets aren't deep like Methodist lol. Also, the unit directors are
iMessage
Pay


4:48
81
+1 (409) 201-3814 >
Hermann pickets aren't deep like Methodist lol. Also, the unit directors are not hermann employees. They're employees by UT Houston. They love the idea for locums until it comes down to who would pay for it. The school or the hospital.
Things are good. The practice is busy - Methodist is also doing well too. The Houston numbers are decreasing so fingers crossed it stays that way
Well thats good, busy makes the checks come faster lol
Any dates you want us to send Sep through November? Just want to see I know your schedule is quite sporadic
Oh I am cleared to come back to 12s as long as I can lay down if new onset pain is noted (there's plenty of space for this and I don't see it being a problem). I just need to get the letter
Yes I'll send dates shorty
Okay awesome, thats great news I'm so glad you are feeling better!
I can do the 11th and 23rd of September
November is typically when we get
iMessage
Pay

4:48

81

+1 (409) 201-3814 >

Ok makes sense i'll take that note down, any October dates at all?

Yes the 2nd and 13th

It's limited bc we're already booking surgeries out. However - if someone calls in let me know. It's easier to move pieces last minute that try to guess what spaces need to be opened multiple months out

You can't work tomorrow can you?

6a-6p HIDU

200+ bonus

Lol no

But I understand I just like to check in because your schedule can be pretty hectic sometimes

Well, all the time lol

Ok i had to ask

Mon, Aug 17, 9:43 AM

Hey there, would Carlos want to work at all in November/December?

Nov 1-8 nights are available and

iMessage

Pay

4:48

81

+1 (409) 201-3814 >

Nov 1-8 nights are available and December is pretty open as of now.

Carlos can't for the rest of the year - we're slammed

I'll look for December and November but it's really far out at our busiest time of the year

No worries just figured i'd ask

Wed, Aug 19, 1:14 PM

Hey we need coverage for days 8/29-8/31 can you pick up any? We also have 9/14 days open

Thu, Aug 20, 10:53 AM

Hey Jo I'm so sorry for getting back to you so late. Yesterday was crazy. I can't do the 29-31st. We're going to see my bonus daughter so we'll be out of town

No worries you know I have to ask lol

Will Medicus send over the dates I'm contracted for soon?

Oct 13th? Our account manager for Methodist left recently so we've been playing catch up. They dont have a need for Oct 2nd and 25th

iMessage

Pay


4:48
81
+1 (409) 201-3814
Sep 14 is open
Sep 29 & 30 are open
Oct 1 is open
Oct 14-15 open
As of now - some alternatives
I can do sep 29th
And oct 15th
14th maybe? Theyd want to make it a stretch im sure
I'll resend everything so its at the top of our new AM's inbox
Thx
I have my OB appointment that day
Ok no worries just knew theyd ask me
Np
Monday 9:42 AM
Hi there hope u had a good weekend, still looking into details w the hurricane. Whats the situation with elective surgeries currently in Houston / Texas?
They're up and running, but with hurricanes they hold off until the last min
iMessage
Pay


4:49
81
+1 (409) 201-3814 >
They're up and running, but with hurricanes they hold off until the last min to cancel. Marco seems like we'll be getting low cat 1 hurricane that will make landfall tonight through tomorrow. Laura we have to wait until it passes over cuba to see. It's predicted to be a strong cat 2 maybe 3. Right now it's headed for east of Houston but may put Houston on the wind side depending on if it goes more towards Louisiana vs Beaumont (east texas). Laura is predicted to make landfall late Wednesday early Thursday morning. If it is a cat 2-3 it could take hours to get to the hospital just bc ppl will be evacuating.
When you evacuate from the coast you go west in to Texas through Houston towards Dallas or through Houston north to Austin and Oklahoma
If Laura is looking like it will land at a cat 3 near Beaumont towards Houston we'll have to evacuate.
Ok that makes sense. Do you know about the rest of Texas at all?
What do you need to know? Like the evacuation plans and ride out crews?
I meant for elective surgeries, i'm sure they have that process locked down by now.
iMessage
Pay

4:49

81

+1 (409) 201-3814 >

Everyone is back up and running elective surgeries as fast as Covid is concerned.

Ok makes sense, appreciate it. So it looks like the hurricane is getting worse?

Marco is the same, Laura is predicted to be worse

I cant believe they are coming together

Hi Team,

There is a hurricane that is expected to hit TX. They do want to make sure our providers are prepared. If it gets bad enough then they will have to lock down the hospital, in which our providers might have to work longer than expected.

Another possibility is if it gets bad enough and one of our providers can't make it in, then the provider on shift needs to be prepared to stay longer to not leave them short staffed. Again, these are not expected situations, but instead worst case scenarios. As we get more updates, we will forward them along.

Just got an update

Ah

iMessage

4:49

81

+1 (409) 201-3814 >

Typically there is ride out pay/ OT. Since your contract has that we make OT for anything over 12 hours, will we be getting OT from 13 hours until we leave?

Hang tight i'll confirm

I would lean on Methodist too bc youmre typically paid from the time you get there until the time you leave (no matter how many days it is) when you're on the ride our team

Please also ask about spouse/ kids. Bc some of your NPs are the primary caregiver for their kids. Some hospitals allow the kids to sleep at the facility w the parent, but not pets

Monday 11:51 AM

Everything on the contract is still in effect, thus over time after 12 hours remains. I can ask about child services but nothing was mentioned.

Monday 6:18 PM

Please also ask if we need to bring our own linens and food with coolers. Some facilities are already discussing this, others have it covered

Im on it

iMessage

Pay

4:49

81

+1 (409) 201-3814 >

until the time you leave (no matter how many days it is) when you're on the ride our team

Please also ask about spouse/ kids. Bc some of your NPs are the primary caregiver for their kids. Some hospitals allow the kids to sleep at the facility w the parent, but not pets

Monday 11:51 AM

Everything on the contract is still in effect, thus over time after 12 hours remains. I can ask about child services but nothing was mentioned.

Monday 6:18 PM

Please also ask if we need to bring our own linens and food with coolers. Some facilities are already discussing this, others have it covered

Im on it

I'm sorry to be a pest. But stores usually get ransacked when all this happens and mandatory evacuations are taking place in my hometown where my family is at. So I need to get things together ASAP

Don't be! These things are huge.

Delivered

iMessage

Pay