# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LEAH MOREAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MEDICUS HEALTHCARE SOLUTIONS, LLC, and MEDICUS HOSPITALIST SERVICES, LLC<br>Defendants. | Docket No. 4:20-cv-02893 |

**DECLARATION OF KIMBERLY WILLIAMS**

I, Kimberly Williams, hereby declare and testify as follows:

1. I am Vice President of Delivery, Hospital Medicine, Critical Care, Family Medicine at Medicus Healthcare Solutions, LLC.

2. I started my current position in July 2019 but have worked at Medicus Healthcare Solutions for over thirteen years. During that time, I have worked both as a hospitalist recruiter, manager of hospitalist recruiting, and director and manager for hospital operations. I deeply familiar with Medicus' recruitment of healthcare professionals for temporary assignments at healthcare facilities.

3. Medicus Hospitalist Services, LLC is an affiliate of Medicus Healthcare Solutions and recruits healthcare professionals to act as locum tenens at hospitals and other healthcare facilities.

4. "Locums" are temporary workers that hospitals and other facilities typically use when they are unable to fully staff their facility over their entire schedule.

5. I have worked directly with locums for many years as a recruiter, and many years after that as a manager of other recruiters. I have recruited and interacted with hundreds of locums during my career and have extensive experience working on locum schedules, contacts, and pay negotiations.

6. In my experience, locums work a wide variety of schedules. Many work just a few days a week or month. Many work only weekends. Some work a normal Monday-Friday day schedule. Some work only nights.

7. There is no policy, rule, or practice about how locums working on Medicus Hospitalist contracts are scheduled. Locums are not forced to work a particular schedule. Instead, the schedules worked by locums are determined by what the assigned facility's needs are and what dates and the shifts the locum wants to work. The locums dictate the schedule and they are not penalized in any way for refusing to work certain dates. That is common in this industry because locums are in such demand and hold most of the bargaining power.

8. In my experience, many, but not all, locums have full-time employment at a health care facility but take on additional temporary locum tenens work when not scheduled by their employer. Locum work is often marketed and pursued as way to supplement income.

9. Locums, in my experience, are highly attuned to the rate of pay. They often negotiate, and receive, a higher rate of pay than originally offered. Locums also regularly refuse assignments if the pay rate is not acceptable to them. Again, locums are

not penalized for refusing such assignments, and I have personally recruited and overseen recruitment of locums who have in the past refused assignments or schedules.

10. In my experience, locums also vary widely in how long they contract with Medicus Hospitalist. Some locums, like the plaintiff in this case, only take a few temporary assignments over several weeks or months. Other locums have taken temporary assignments for years.

11. As a long-time recruiter, manager of recruiters, and executive focused on recruitment and placement of locums, I can say unequivocally that no Medicus entity or employee supervises a locum placed at a health care facility.

12. Recruiters do not stay in daily or even regular contact with locums once assigned to a facility, though they do keep in touch to discuss scheduling and possible additional assignments. There is no regular or even periodic check-up with locums to assess the quality of care they provide.

13. We have no rules or policies requiring, prohibiting or relating to the medical procedures or services performed by locums. Locums use their own independent judgment to decide how to care for patients.

14. We are not healthcare professionals and Medicus does not any employ healthcare professionals to oversee the work of locums. Clinical supervision, by contract with the facility, is provided by the facility, not Medicus.

15. Medicus does not provide any equipment, tools, or facilities to locums to allow them to provide healthcare services. Those are provided by the locums and the facility.

16. The contracts between Medicus and the hospitals explicitly state that the hospitals (and not Medicus) control the locums' day-to-day activities. This is how Medicus operates in practice as well. The hospitals retain the authority to cancel an assignment if they are dissatisfied with a locum or for no reason at all. The hospitals decide whether to accept a particular locum through their respective credentialing processes; Medicus cannot mandate that a hospital accept a particular locum. Once the locum arrives, it is common for the hospitals to require varying levels of training or orientation before nursing professionals can treat patients. After the nursing professionals complete the required orientation, they are required to follow the hospitals' policies and procedures. The nursing professionals are supervised by the hospitals' staff (not Medicus personnel). Medicus does not provide or enforce any policies or procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2021

_/s/ *Kimberly Williams*____________
Kimberly Williams