UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| LEAH MOREAU, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Docket No. 1:20-cv-01107-JD |
| MEDICUS HEALTHCARE SOLUTIONS, LLC, and MEDICUS HOSPITALIST SERVICES, LLC | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SETTLEMENT**

Defendants, Medicus Healthcare Solutions, LLC and Medicus Hospitalist Services, LLC, by and through their undersigned counsel, and with the assent of all parties, respectfully notify the Court that the above-captioned matter has been resolved. The parties respectfully request that the Court issue an order for the parties to file a stipulation of dismissal within thirty (30) days.

                                    Respectfully submitted,

                                    Medicus Healthcare Solutions, LLC et al.

                                    By Their Attorneys,

                                    SHEEHAN PHINNEY BASS & GREEN PA

Dated:  March 31, 2021               By:    */s/ James P. Harris*
                                                  James P. Harris (NH Bar #15336)
                                                  John-Mark Turner (NH Bar # 15610)
                                                  1000 Elm Street, P.O. Box 3701
                                                  Manchester, NH  03105-3701
                                                  (603) 627-8152
                                                  jharris@sheehan.com
                                                  jturner@sheehan.com

                                    and

                                    PAUL HASTINGS, LLP

Dated:  March 31, 2021               By:    */s/ Kenneth W. Gage*

                                    Kenneth W. Gage, *pro hac vice*
                                    200 Park Avenue
                                    New York, NY 10166
                                    (212) 318-6046
                                    kennethgage@paulhastings.com

<u>CERTIFICATION</u>

      I hereby certify that on March 31, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                               */s/ James P. Harris*
                                               James P. Harris