# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LEAH MOREAU, Individually and for Others Similarly Situated,<br><br>v.<br><br>MEDICUS HEALTHCARE SOLUTIONS, LLC and MEDICUS HOSPITALIST SERVICES, LLC. | Case No. 1:20-CV-01107-JD<br><br>Collective Action Pursuant To 29 U.S.C. § 216(b) |

## ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii), the Court GRANTS Plaintiff and Defendants stipulation of dismissal against Medicus Healthcare Solutions, LLC and Medicus Hospitalist Services, LLC, are hereby dismissed with prejudice and that Plaintiff and Defendants are to bear their own costs and attorneys' fees.

It is so ORDERED.

SIGNED this  20th  day of    May                , 2021.


                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr., U.S. District Judge